IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | **SEALED** UNSEALED 8/10/22 KTK |
| v. | : | Criminal Action No. 22-70-2-UNA |
| JAMES COOPER, | : | FILED UNDER SEAL |
| Defendant. | : | |

## MOTION AND ORDER FOR ARREST WARRANT

The United States of America, by and through its attorneys, David C. Weiss, United States Attorney for the District of Delaware, and the undersigned, hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, James Cooper, pursuant to an Indictment returned against him on this date.

Respectfully submitted,

DAVID C. WEISS
United States Attorney

BY: _____
Kevin P. Pierce
Briana Knox
Christopher L. de Barrena-Sarobe
Assistant United States Attorneys

Dated: July 26, 2022

AND NOW, this __26th__ day of __July__, 2022, based upon the foregoing Motion, **IT IS ORDERED** that an arrest warrant be issued for the arrest and apprehension of James Cooper.

_____
United States Magistrate Judge